In the Matter of Supplementary Proceedings: Elias Gagunen, Judgment Creditor, Respondent, v. Gonzalo Boza & Co., Inc., and Gonzalo Boza F., Judgment Debtors. Gonzalo Boza & Co., Inc., Judgment Debtor, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Dorothy F. Labenson, Respondent, against Sofia Brothers, Inc., Appellant, for an Order Requiring Said Defendant to Submit Certain Differences between the Parties to Arbitration.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Lilyan Ackerman, by Her Guardian ad Litem, Fannie Ackerman, and Fannie Ackerman, Respondents, Appellants, v. Heckscher Foundation for Children, Appellant, Respondent.— Order unanimously affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Murray Goldberg, on Behalf of Himself and All Other Stockholders of Standard Power and Light Corporation Similarly Situated, Respondent, v. Victor Emanuel and Others, Defendants, Impleaded with Standard Power and Light Corporation, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted, on the authority of *Freeman* v. *Bean* (243 App. Div. 503; affd., 266 N. Y. 657). Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [166 Misc. 610.]

Fifth Avenue and Seventy-seventh Street Corporation v. J. Harry Steinkampf and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Harry Kuna v. Superior Fur Dyeing Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument, and for other relief, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Victor Zeoli and Nicola Zeoli v. New York Central Railroad Company and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Carol A. Lynn v. John Jacob Loeb, Impleaded with Marion E. Byrne and Edward Byrne.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.